UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLANDO CHINESE EVANGELICAL
CHRISTIAN CHURCH, INC.,

    Plaintiff,

vs.                                                                    Case No. 6:20-cv-01276-WWB-GJK

FIRST NATIONAL INSURANCE COMPANY
OF AMERICA,

    Defendant.

_____/

## NOTICE OF RESOLUTION AND SETTLEMENT

Defendant First National Insurance Company of America and Plaintiff Orlando Chinese Evangelical Christian Church, Inc. notify the Court that this case settled. *See* Local Rule 3.09(a).

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Hudson Jones
J. PABLO CÁCERES
Florida Bar No.: 131229
pcaceres@butler.legal
HUDSON JONES
Florida Bar No.: 44290
hjones@butler.legal
Secondary: cjenkins@butler.legal;
ssamsing@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900

        Facsimile:  (813) 281-0900
        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on September 13, 2021, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to the following:

    David R. Heil, Esq.
    David R. Heil, P.A.
    2324 Lee Road
    Winter Park, Florida  32789-1750
    pleadings@heil-law.com
    Secondary:  david@heil-law.com
    Attorneys For:  Plaintiff

        s/ Hudson Jones
        HUDSON JONES