UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-01276

ORLANDO CHINESE EVANGELICAL
CHRISTIAN CHURCH, INC.,

    Plaintiff,

vs.

FIRST NATIONAL INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COME NOW, the Plaintiffs, and, by and through their undersigned attorney and hereby give notice of settlement of all issues in the above-styled matter, and request that the case be removed from the trial docket commencing on May 2, 2022.

| | |
|---|---|
| September 14, 2021 | S/David R. Heil |
| DATE | DAVID R. HEIL, ESQUIRE |
| | Florida Bar No.: 0435422 |
| | **DAVID R. HEIL, P.A.** |
| | 2324 Lee Road |
| | Winter Park, Florida 32789 |
| | (407) 599-2100 |
| | Facsimile (407) 599-7733 |
| | Attorney for Plaintiff |

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically furnished to the following: **HUDSON JONES, ESQUIRE** and **J. PABLO CACERES, ESQUIRE**, Butler, Weihmuller, Katz, Craig, LLP, (jones@butler.legal; jfan@butler.legal; ssamsing@butler.legal; pcaceres@butler.legal) this 14th day of September, 2021.

/s/David R. Heil
DAVID R. HEIL, ESQUIRE
Florida Bar No. 0435422
**DAVID R. HEIL, P.A.**
2324 Lee Road
Winter Park, Florida 32789
david@heil-law.com
pleadings@heil-law.com
Telephone No. (407) 599-2100
Facsimile No. (407) 599-7733
Attorney for Plaintiff