UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLANDO CHINESE EVANGELICAL
CHRISTIAN CHURCH, INC.,

    Plaintiff,

v.                                      Case No: 6:20-cv-1276-WWB-GJK

FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER

The Court has been advised by Defendant's Notice of Resolution and Settlement that the above-styled action has been completely settled. (Doc. 21 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on September 15, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record